**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In re: | Case No. 2:17-3112 JCM |
| CHARLESTON ASSOCIATES, LLC, | BK-S-13-10399 MKN |
| Debtor. | Adv. No. 10-11452 MKN |
| CHARLESTON ASSOCIATES, LLC, | ORDER |
| Plaintiff(s), | |
| v. | |
| RA SOUTHEAST LAND COMPANY, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *In re Charleston Associates, LLC*, case no. 2:17-cv-03112-JCM. The parties have filed three stipulations to extend the briefing schedule for this bankruptcy appeal "to accommodate the facilitation of discussions between [the parties]." (ECF No. 9); *see* (ECF Nos. 7, 8).

The most recent stipulation requests a briefing schedule as follows: appellant U.S. Bank National Association, as Trustee, Successor by Merger to LaSalle Bank National Association, as Trustee, for the Registered Holders of Bear Sterns Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-PWR7's ("U.S. Bank") opening brief is due by April 30, 2018; appellee City National Bank's answering brief is due by May 14, 2018; and U.S. Bank's reply brief is due by May 28, 2018. (ECF No. 9). The court hereby adopts this proposed briefing schedule.

Accordingly,

IT IS HEREBY ORDERED that the parties' first stipulation for extension of time (ECF No. 7) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that the parties' second stipulation for extension of time (ECF No. 8) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that the parties' third stipulation for extension of time (ECF No. 9) be, and the same hereby is, GRANTED.

DATED April 4, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -