Abran E. Vigil, Esq.
Nevada Bar No. 7548
Joseph P. Sakai
Nevada Bar No. 13578
Michael A. DiGiacomo
Nevada Bar No. 13478
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: vigila@ballardspahr.com
E-mail: sakaij@ballardspahr.com
E-mail: digiacomom@ballardspahr.com

Attorneys for Appellant U.S. Bank as Trustee

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CHARLESTON ASSOCIATES, LLC,<br><br>Debtor. | Case No. 2:17-03112-JCM<br><br>BK No. BK-S-13-10499-MKN<br><br>Adv. No.: 10-1452-MKN |
| CHARLESTON ASSOCIATES, LLC,<br><br>Plaintiff<br><br>vs.<br><br>RA SOUTHEAST LAND COMPANY, LLC; CITY NATIONAL BANK,<br><br>Defendants. | **STIPULATION TO EXTEND BRIEFING SCHEDULE**<br><br>**(Fourth Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Appellant U.S. Bank National Association, as Trustee, Successor-in-Interest to Bank of America, N.A., as Trustee, Successor by Merger to LaSalle Bank National Association, as Trustee, for the Registered Holders of Bear Stearns Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-PWR7 ("U.S. Bank as Trustee"), and Appellee City National Bank ("CNB"), stipulate as follows:

DMWEST #17146639 v1

1. On December 26, 2017, U.S. Bank as Trustee filed its Notice of Appeal [ECF No. 1].

2. On January 22, 2018, the Court issued a minute order setting the briefing schedule on the appeal [ECF No. 6].

3. On March 15, 2018 the Parties stipulated and agreed to extend the briefing schedule to accommodate the facilitation of discussions between U.S. Bank as Trustee and New Boca Syndications Group, LLC ("New Boca"), judgment debtor in the underlying adversary action. [ECF No. 9]. The current briefing schedule, as stipulated by the Parties, is as follows:

   a. U.S. Bank as Trustee's opening brief is due by April 30, 2018.
   
   b. CNB's answering brief is due by May 14, 2018.
   
   c. U.S. Bank as Trustee's reply brief is due by May 28, 2018.

4. U.S. Bank as Trustee and New Boca have continued to discuss options that may eliminate the need for the instant appeal; however, recent developments and unforeseen circumstances have materially impacted the timing, content, and scope of loan workout discussions between U.S. Bank as Trustee and New Boca, which in turn, and if completed, could eliminate the need for this Appeal.

*(remainder of page intentionally left blank)*

DMWEST #17146639 v1

1. 5. To provide adequate time for a resolution to those unforeseen circumstances and to continue to facilitate discussions between U.S. Bank as Trustee and New Boca, the parties to this appeal stipulate and agree to extend the briefing schedule as follows:

   a. U.S. Bank as Trustee's opening brief is due by **June 8, 2018**.

   b. CNB's answering brief is due by **June 22, 2018**.

   c. U.S. Bank as Trustee's reply brief is due by **July 6, 2018**.

6. U.S. Bank as Trustee and CNB seek this extension to the briefing schedule in good faith and not for the purposes of delay.

Dated: April 27, 2018

| BALLARD SPAHR LLP | HUTCHISON & STEFFEN, PLLC |
|---|---|
| /s/ Joseph Sakai | /s/ Jeffrey Hall |
| Abran E. Vigil, Esq. | Mark A. Hutchison |
| Nevada Bar No. 7548 | Nevada Bar No. 4639 |
| Joseph P. Sakai, Esq. | Joseph S. Kistler |
| Nevada Bar No. 13578 | Nevada Bar No. 3458 |
| Michael A. DiGiacomo | Jeffrey R. Hall |
| Nevada Bar No. 13478 | Nevada Bar No. 9572 |
| 1980 Festival Plaza Drive, Suite 900 | 10080 West Alta Drive, Suite 200 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89145 |
| *Attorneys for U.S. Bank as Trustee* | *Attorneys for City National Bank* |

**ORDER**

**IT IS SO ORDERED:**

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE
Dated: May 4, 2018

3

DMWEST #17146639 v1

## CERTIFICATE OF SERVICE

I certify that on this 30th day of April, 2018, I electronically transmitted a PDF version of the foregoing *Stipulation and Order to Extend Briefing Schedule* using the CM/ECF System, for filing and transmittal of a Notice of Electronic Filing to the CM/ECF Registrants.

/s/ Mary Kay Carlton
An employee of Ballard Spahr LLP

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

4

DMWEST #17146639 v1