Mark A. Hutchison (4639)
Joseph S. Kistler (3458)
Jeffrey R. Hall (9572)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Phone (702) 385-2500
Fax (702) 385-2086
mhutchison@hutchlegal.com
jkistler@hutchlegal.com
jhall@hutchlegal.com

*Attorneys for City National Bank*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CHARLESTON ASSOCIATES, LLC,<br><br>    Debtor.<br>_____<br>CHARLESTON ASSOCIATES, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>RA SOUTHEAST LAND COMPANY, LLC;<br>CITY NATIONAL BANK,<br><br>    Defendants. | Case No.: 2:17-cv-03112-JCM<br><br>BK-S-13-10499-MKN<br><br>Adv. No.: 10-1452-MNK<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE**<br><br>(Sixth Request) |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Appellee City National Bank ("CNB") and Appellant U.S. Bank National Association, as Trustee, Successor-in-Interest to Bank of America, N.A., as Trustee, Successor by Merger to LaSalle Bank National Association, as Trustee, for the Registered Holders of Bear Stearns Commercial Mortgage Securities, Inc.,

Commercial Mortgage Pass-Through Certificates, Series 2005-PWR7 ("U.S. Bank as Trustee"), stipulate as follows:

1. On December 26, 2017, U.S. Bank as Trustee filed its Notice of Appeal [DKT No. 1].

2. On January 22, 2018, the Court issued a minute order setting the briefing schedule on the appeal [DKT No. 6].

3. On March 15, 2018 the Parties stipulated and agreed to extend the briefing schedule to accommodate the facilitation of discussions between U.S. Bank as Trustee and New Boca Syndications Group, LLC ("New Boca"), judgment debtor in the underlying adversary action. [DKT No. 9].

4. On April 4, 2018, the Court granted the Parties' third stipulation for extension of time. [DKT No. 10].

5. On April 27, 2018, the Court granted the Parties' fourth stipulation for extension of time. [DKT No. 10], allowing U.S. Bank as Trustee and New Boca to continue to discuss options that could eliminate the need for the instant appeal.

6. On June 21, 2018, the Court granted the Parties' fifth request for an extension of the briefing schedule as follows: [DKT No. 17]:

   a. On June 8, 2018 U.S. Bank as Trustee filed its opening brief.

   b. CNB's answering brief is due by July 6, 2018.

   c. U.S. Bank as Trustee's reply brief is due by July 20, 2018.

7. The parties agree that CNB needs additional time to respond to U.S. Bank as Trustee's opening brief and agree to extend the briefing schedule as follows:

   a. CNB's answering brief is due by July 13, 2018.

   b. U.S. Bank as Trustee's reply brief is due by July 27, 2018.

8. U.S. Bank as Trustee and CNB seek this extension to the briefing schedule in good faith and not for the purposes of delay. The parties note that most of the extensions requested and granted to date were based on the parties' (and non-party New Boca's) effort to engage in good faith settlement discussions.

Dated: July 5, 2018.

| HUTCHISON & STEFFEN, PLLC | BALLARD SPAHR LLP |
|---|---|
| /s/ JOSEPH S. KISTLER | /s/ JOSEPH P. SAKAI |
| Mark A. Hutchison<br>Nevada Bar No. 4639<br>Joseph S. Kistler<br>Nevada Bar No. 3458<br>Jeffrey R. Hall<br>Nevada Bar No. 9572<br>10080 West Alta Drive, Suite 200<br>Las Vegas, Nevada 89145 | Abran E. Vigil<br>Nevada Bar No. 7548<br>Joseph P. Sakai<br>Nevada Bar No. 13578<br>Michael A. DiGiacomo<br>Nevada Bar No. 13478<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 |
| *Attorneys for City National Bank* | *Attorneys for U.S. Bank as Trustee* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: July 9, 2018

**CERTIFICATE OF SERVICE**

I certify that on this 5th day of July, 2018, I electronically transmitted a PDF version of the foregoing *Stipulation and Order to Extend Briefing Schedule* using the CM/ECF System, for filing and transmittal of a Notice of Electronic Filing to the CM/ECF Registrants.

                               */s/ Bobbie Benitez*
                               An employee of Hutchison & Steffen, LLC